**DAVIDOFF HUTCHER & CITRON LLP**
605 Third Avenue
New York, NY 10158
212.557.7200
David H. Wander, Esq. (dhw@dhclegal.com)
Taylor D. Kopelan, Esq. (tdk@dhclegal.com)
*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Personal Communications Devices, LLC, *et al.*,<br><br>Debtors. | Case No. 13-74303 (AST)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Devices Liquidation Trust,<br>          Plaintiff,<br><br>v.<br><br>M Seven System Limited,<br>          Defendant. | Adv. No. 15-08112 (AST) |

**STIPULATION TO EXTEND DEADLINES FOR**
**COMPLETION OF MEDIATION AND NON-EXPERT**
**FACT DISCOVERY**

**WHEREAS,** on July 21, 2017 this Court entered a scheduling order, ECF No. 37 ("Scheduling Order"), pursuant to which, among other things: (1) the deadline to complete non-expert fact discovery, excluding depositions of fact witnesses, was November 15, 2017; and (2) mediation must be concluded by March 15, 2018;

**WHEREAS,** the deadlines contained in the Scheduling Order may be extended by consent of the parties pursuant to stipulation, which stipulation needs to be filed with the Court;

633179v.1

WHEREAS, on May 29, 2018 the parties filed a stipulation extending the deadline to complete (a) non-expert fact discovery, excluding depositions of fact witnesses, to September 28, 2018; and (b) mediation to August 29, 2018; and

WHEREAS, the attorneys for the parties have continued to discuss this case, including the defendant's financial condition; and

WHEREAS, the parties are in the process of scheduling the mediation;

**IT IS HEREBY STIPULATED & AGREED**, by the undersigned, counsel for defendant M Seven System Limited ("Defendant"), and plaintiff Devices Liquidation Trust ("Plaintiff"), that:

1. The deadline to complete non-expert fact discovery, excluding depositions of fact witnesses, is extended to February 28, 2019;

2. Mediation must be concluded by January 31, 2019;

3. This stipulation may be signed in counterparts, and fax/email signatures on the within stipulation may be deemed originals for all purposes.

Dated: New York, New York
November 1, 2018

Dated: New York, New York
November 1, 2018

DAVIDOFF, HUTCHER & CITRON, LLP

ASK LLP

By: /s/ David H. Wander, Esq.
    David H. Wander, Esq.
605 Third Avenue
New York, New York 10158
(212) 557-7200
dhw@dhclegal.com

By: /s/ Marianna Udem, Esq.
    Marianna Udem, Esq.
151 West 46th Street, 4th Floor
New York, NY 10036
(212) 267-7342
mudem@askllp.com

*Attorneys for Defendant*

*Attorneys for Plaintiff*

633179v.1